1 | Alan S. Gutman, SBN 128514
Elizabeth L. Bradley, SBN 172272
2 | LAW OFFICES OF ALAN S. GUTMAN
9401 Wilshire Boulevard, Suite 575
3 | Beverly Hills, CA 90212-2918
Telephone: 310-385-0700
4 | Facsimile: 310-385-0710

5 | Attorneys for Plaintiff SALVATORE LAURIA

FILED
CLERK, U.S DISTRICT COURT

OCT - 4 2002

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

___ Priority
_✓_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVATORE LAURIA,<br><br>    Plaintiff,<br><br>vs.<br><br>NEW MILLENNIUM ENTERTAINMENT, a California corporation; MICHAEL VINER, an individual; DOES 1 TO 100, inclusive,<br><br>    Defendants.<br><br>NEW MILLENNIUM ENTERTAINMENT, a California corporation,<br><br>    Counterclaimant,<br><br>vs<br><br>SALVATORE LAURIA,<br><br>    Counterdefendant. | Case Number CV-02-5395 WMB (VBKx)<br><br>**STIPULATION FOR CONTINUANCE OF PRETRIAL CONFERENCE AND FOR DATES TO FILE PRETRIAL DOCUMENTS;**<br><br>[~~PROPOSED~~] ORDER |

It is hereby stipulated by and between Plaintiff and Counterdefendant Salvatore Lauria, on the one hand, and Defendant and Counterclaimant New Millennium Entertainment and Defendant Michael Viner, on the other hand, as follows:

1. The action was filed on or about July 8, 2002;

2. The Final Pretrial Conference is presently set for October 7, 2002;

3. This matter is currently set for Trial on October 29, 2002;

4. The parties have stipulated and by this stipulation request that the Court continue the Final Pretrial Conference to October 24, 2002, and permit the parties to modify the pretrial schedule as follows:

    a. On October 8, 2002, 21 days before trial, the parties will exchange documents and witness lists;

    b. On October 15, 2002, 14 days before trial, the parties will file and exchange their Memorandum of Contentions of Fact and Law pursuant to Local Rule 16-3 and file a joint exhibit list in accordance with Local Rule 16-5;

    c. On October 22, 2002, 7 days before the trial, the parties will file the Final Pretrial Conference Order pursuant to Local Rule 16-6.

The parties submit that they have agreed upon this schedule in order to efficiently prepare this matter for trial on an expedited basis. The Court had previously expressed some flexibility in its scheduling and the parties believe that the proposed schedule will work in the best interests of all parties.

Dated: October 1, 2002

LAW OFFICES OF
ALAN S. GUTMAN

By: _____
Alan S. Gutman
Attorneys for Plaintiff and
Counterdefendant SALVATORE LAURIA

Dated: October ___, 2002

LEOPOLD, PETRICH & SMITH, PC

By: _SEE ATTACHED_
Vincent Cox
Attorneys for Defendant AND Counterclaimant
NEW MILLENIUM ENTERTAINMENT and
Defendant MICHAEL VINER

2. The Final Pretrial Conference is presently set for October 7, 2002;

3. This matter is currently set for Trial on October 29, 2002;

4. The parties have stipulated and by this stipulation request that the Court continue the Final Pretrial Conference to October 24, 2002, and permit the parties to modify the pretrial schedule as follows:

    a. On October 8, 2002, 21 days before trial, the parties will exchange documents and witness lists;

    b. On October 15, 2002, 14 days before trial, the parties will file and exchange their Memorandum of Contentions of Fact and Law pursuant to Local Rule 16-3 and file a joint exhibit list in accordance with Local Rule 16-5;

    c. On October 22, 2002, 7 days before the trial, the parties will file the Final Pretrial Conference Order pursuant to Local Rule 16-6.

The parties submit that they have agreed upon this schedule in order to efficiently prepare this matter for trial on an expedited basis. The Court had previously expressed some flexibility in its scheduling and the parties believe that the proposed schedule will work in the best interests of all parties.

Dated: October ___, 2002

LAW OFFICES OF
ALAN S. GUTMAN

By:_____
Alan S. Gutman
Attorneys for Plaintiff and
Counterdefendant SALVATORE LAURIA

Dated: October 1, 2002

LEOPOLD, PETRICH & SMITH, PC

By: /s/ Vincent Cox
Vincent Cox
Attorneys for Defendant AND Counterclaimant
NEW MILLENIUM ENTERTAINMENT and
Defendant MICHAEL VINER

LAURIA\STIP.PRETRIAL

2

STIPULATION RE CONTINUANCE OF PRETRIAL;
[PROPOSED] ORDER

| | |
|---|---|
| 1 | ORDER |
| 2 | Good cause therefore appearing, it is so ordered that the Final Pretrial Conference |
| 3 | shall be continued from October 7, 2002 to October 28, 2002 at 10:00 a.m., and that the |
| 4 | following schedule shall apply in connection with the filing and service of pretrial |
| 5 | documents: |
| 6 | a. On October 8, 2002, 21 days before trial, the parties will exchange |
| 7 | documents and witness lists; |
| 8 | b. On October 15, 2002, 14 days before trial, the parties will file and |
| 9 | exchange their Memorandum of Contentions of Fact and Law pursuant to Local Rule 16-3 |
| 10 | and file a joint exhibit list in accordance with Local Rule 16-5; |
| 11 | c. On October 22, 2002, 7 days before the trial, the parties will file the |
| 12 | Final Pretrial Conference Order pursuant to Local Rule 16-6. |
| 13 | IT IS SO ORDERED. |
| 14 | Dated: Oct 4, 2002 |
| 15 | Hon. Wm. Matthew Byrne, Jr.<br>United States District Judge |
| 16 | Jury Trial continued to |
| 17 | November 5, 2002 @ 9:00 a.m. |

PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not party to the within action; my business address is 9401 WILSHIRE BLVD., SUITE 575, BEVERLY HILLS, CA 90212-2918.

On **October 1, 2002** I served the foregoing document described as **STIPULATION FOR CONTINUANCE OF PRETRIAL CONFERENCE AND FOR DATES TO FILE PRETRIAL DOCUMENTS; [PROPOSED] ORDER** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Louis P. Petrich, Esq.
Vincent Cox, Esq.
LEOPOLD, PETRICH & SMITH, PC
2049 Century Park East, Suite 3110
Los Angeles, CA 90067-3274

**[XX]   BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Beverly Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[] BY PERSONAL SERVICE: I caused the foregoing document to be delivered by hand to the offices of counsel for Defendants.

**[XX] BY FACSIMILE TRANSMITTAL:** I sent by facsimile the above document on October 1, 2002 at 1:30 P.m. to the facsimile machine number identified above.

[] BY FEDERAL EXPRESS OVERNIGHT DELIVERY: I caused the above document to be sent by Federal Express overnight delivery, fully prepaid, in accordance with Code of Civil Procedure § 1013(c).

Executed on **October 1, 2002** at Beverly Hills, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

CECIBEL GOMEZ