UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

CIVIL MINUTES - GENERAL

Case No. __CV 02-5395 WMB (VBKx)__   Date and Filed: __December 23, 2002__

Title:   __SALVATORE LAURIA v. NEW MILLENNIUM ENTERTAINMENT, et al.__

PRESENT: __THE HONORABLE Wm. MATTHEW BYRNE, JR., SENIOR JUDGE__

| __Vangelina Pina__ | __Walter Ledge__ |
|---|---|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| Alan Gutman | Louis Petrich |
| | Vincent Cox |

__6th__   DAY COURT TRIAL
_____ DAY JURY TRIAL
_____ Jury impaneled and sworn.(See separate list.)
_____ Opening statements by _____
_____ Witnesses called, sworn & testified.
_____ Exhibits identified.   _____ Exhibits admitted.
_____ Plaintiff(s) rests.   _____ Defendant(s) ___ rests.
__XX__ Closing arguments made by __XX__ Plaintiff   __XX__ Defendant
_____ Court instructs jury.
_____ Bailiff/matron sworn. ___ Jury Retires to deliberate.
_____ Jury returns.
_____ Jury Verdict in favor of _____ is read and FILED.
_____ Jury polled. _____ Polling waived. _____ FILED jury notes.
_____ FILED witness and exhibit list(s). _____ FILED jury instructions.
_____ JUDGMENT BY THE COURT in favor of _____ is read and FILED.
_____ Findings, Conclusions of Law & Judgment to be prepared by _____
_____ Submitted._____
_____ _____ motion of _____ is _____.
_____ Motion of ____ for judgment as a matter of law is ____ DENIED
                                                        ____ GRANTED
_____ Motion of _____ for mistrial is:   _____ DENIED
                                                _____ GRANTED.
_____ MISTRIAL DECLARED.
_____ Settlement reached and placed on the record.
_____ Case continued to:_____
__XX__ Other: __Court will contact counsel the week of January 6, 2003__
       __for the scheduling of a conference call/ruling.__
       __Plaintiff's makes an oral motion for exoneration of the Bond,__
       __Court rules Bond is to remain in effect until this trial is__
       __concluded.__

CV-90 (10/98)   CIVIL MINUTES-GENERAL   Initials of Preparer __vp__

ENTER ON ICMS
JAN -9 2003

94