Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CIVIL MINUTES - GENERAL

Case No.  CV 02-05395 WMB(VBKx)          Date/Filed: August 31, 2004

Title:  SALVATORE LAURIA v. NEW MILLENIUM ENTERTAINMENT, et al.

---

PRESENT:    THE HONORABLE WM. MATTHEW BYRNE, JR., SR. JUDGE

| Vangelina Pina | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

No Appearances                       No Appearances

PROCEEDINGS:   ORDER TO SHOW CAUSE re DISMISSAL LACK OF PROSECUTION

The Court, on its own motion, ORDERS counsel for plaintiff to show cause in writing on or before **September 13, 2004**, why this action should not be dismissed, pursuant to Local Rule 41 for lack of prosecution (Dismissal Papers).

Pursuant to Local Rule 7.15, oral argument will not be heard in this matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of counsel's response.

The Clerk shall serve this minute order on all counsel of record.

cc: All Counsel of record



DOCKETED ON CM
SEP -1 2004
BY_____012

MINUTES FORM 11                           Initials of Deputy Clerk ___
CIVIL - GEN